UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE and<br>IDAHO RIVERS UNITED,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>              Defendant,<br><br>RESOURCES CONSERVATION<br>COMPANY INTERNATIONAL,<br><br>              Applicant Defendant-<br>              Intervenor. | Case No. 3:13-cv-00348-BLW<br><br>**ORDER GRANTING MOTION TO INTERVENE AS DEFENDANT BY APPLICANT-INTERVENOR RESOURCES CONSERVATION COMPANY INTERNATIONAL** |

**THIS MATTER** having come before the Court on the Motion to Intervene as Defendant by Applicant-Intervenor Resources Conservation Company International (Dkt. 21), the Court having reviewed the record before it in this matter and having found that sufficient grounds exist to permit intervention either as a matter of right under Federal Rule of Civil Procedure 24(a), or permissibly under Federal Rule of Civil Procedure 24(b);

**IT IS HEREBY ORDERED** that the Motion to Intervene as Defendant by Applicant-Intervenor Resources Conservation Company International (Dkt. 21) is GRANTED.  Defendant-Intervenor Resources Conservation Company International may defer filing an answer to Plaintiffs' Complaint until such time as the Court enters a scheduling order in this matter setting the time for the filing of same.

DATED: August 30, 2013

B. Lynn Winmill
Chief Judge
United States District Court