<u>MOTIONS, OBJECTIONS, ETC.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 9/9/2013
Judge B. Lynn Winmill                Deputy Clerk: Jamie Gearhart
Case No. 3:13-CV-348-BLW             ESR: Wendy Messuri
Place: Boise                         Time: 4:34 - 5:42 p.m.

<u>Nez Perce Tribe, et al, v. U.S. Forest Service, et al</u>

Counsel for Plaintiff Nez Perce Tribe - David Cummings and Michael Lopez

Counsel for Plaintiff Idaho Rivers United - Lair Lucas and Bryan Hurlbutt

Counsel for Defendant US Forest Service - Joanne Rodriguez

Counsel for Intervenor Defendant RCCI - Richard Boardman and Erika Malmen


Hearing on:

Motion for Preliminary Injunction (dkt. 5)

After oral argument, the motion was taken under advisement. A written decision is forthcoming.