NAMES AND ADDRESSES OF COUNSEL
APPEAR ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE, and<br>IDAHO RIVERS UNITED,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant,<br><br>and<br><br>RESOURCES CONSERVATION<br>COMPANY INTERNATIONAL,<br><br>    Defendant-Intervenor. | No. 3:13-cv-348-BLW<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Nez Perce Tribe and Idaho Rivers United, Defendant United States Forest Service, and Defendant-Intervenor Resources Conservation Company International ("RCCI"), by and through their respective counsel of record, hereby stipulate to the dismissal of RCCI, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), under the following terms and conditions:

1.    RCCI agrees to adhere to the closure order regarding transport of mega-loads, as defined under the Forest Service's interim criteria and described in the Court's Memorandum Decision and Order of Sept. 12, 2013, p. 5 and Memorandum Decision and Order of October 10, 2013, p. 3-4, while that closure order is in effect.

STIPULATION OF DISMISSAL --1

**IT IS SO STIPULATED.**

Dated: December 17, 2013

Respectfully submitted,

/s/ _____
Laurence ("Laird") J. Lucas (ISB #4733)
P.O. Box 1342
Boise, ID 83701
(208) 424-1466 (phone and fax)
llucas@lairdlucas.org

*Attorney for Plaintiff Idaho Rivers United*

/s/ _____
Michael A. Lopez (ISB# 8356)
NEZ PERCE TRIBE
OFFICE OF LEGAL COUNSEL
P.O. Box 305
Lapwai, ID 83540
(208) 843-7355
(208) 843-7377 (fax)
mikel@nezperce.org

*Attorney for Plaintiff Nez Perce Tribe*

/s/ _____
Joanne P. Rodriguez (ISB # 2996)
Assistant U.S. Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Blvd., Suite 600
Boise ID 83712
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1414
Joanne.Rodriguez@usdoj.gov

*Attorney for Defendant U.S. Forest Service*

OPTIONAL FORM 99 (7-90)
**FAX TRANSMITTAL**  # of pages ▶ 1
To: Rick Boardman                From: Joanne Rodriguez
Dept./Agency                     Phone # 334-1211
Fax # 208-343-3232               Fax #
NSN 7540-01-317-7368    5099-101    GENERAL SERVICES ADMINISTRATION

**IT IS SO STIPULATED.**

Dated: December 17, 2013

Respectfully submitted,

/s/
Laurence ("Laird") J. Lucas (ISB #4733)
P.O. Box 1342
Boise, ID 83701
(208) 424-1466 (phone and fax)
llucas@lairdlucas.org

*Attorney for Plaintiff Idaho Rivers United*

/s/
Michael A. Lopez (ISB# 8356)
NEZ PERCE TRIBE
OFFICE OF LEGAL COUNSEL
P.O. Box 305
Lapwai, ID 83540
(208) 843-7355
(208) 843-7377 (fax)
mikel@nezperce.org

*Attorney for Plaintiff Nez Perce Tribe*

/s/ Joanne P. Rodriguez
Joanne P. Rodriguez (ISB # 2996)
Assistant U.S. Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Blvd., Suite 600
Boise ID 83712
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1414
Joanne.Rodriguez@usdoj.gov

*Attorney for Defendant U.S. Forest Service*

STIPULATION OF DISMISSAL --2

/s/ *signature*

Richard Boardman (ISB # 2922)
Erika E. Malmen (ISB # 6185)
PERKINS COIE LLP
1111 W. Jefferson St., Suite 500
Boise ID 83702
Telephone: 208.343.3434
Facsimile: 208.343.3232
rboardmat@perkinscoie.com
emalmen@perkinscoie.com

*Attorneys for Defendant-Intervenor Resources Conservation Company International*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2013, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court by using the CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record.

*signature*
Richard Boardman

STIPULATION OF DISMISSAL --3