UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE and<br>IDAHO RIVERS UNITED,<br><br>              Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE,<br><br>              Defendant,<br><br>RESOURCES CONSERVATION<br>COMPANY INTERNATIONAL,<br><br>              Defendant-Intervenor. | Case No. 3:13-cv-00348-BLW<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

      Before the Court is a Stipulation filed by the parties in this action.  The Court has reviewed the Stipulation and finds that good cause has been shown to approve the same as all parties have signed the Stipulation.  Accordingly, the Court will approve and adopt the same as proposed.

      **NOW, THEREFORE, IT IS HEREBY ORDERED** that the Stipulation (docket no. 74) is APPROVED.  Defendant-Intervenor Resources Conservation Company International ("RCCI") is and shall be DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) as follows:

ORDER ON STIPULATION OF DISMISSAL - 1

RCCI has agreed to adhere to the closure order regarding transport of mega-loads, as defined under the Forest Service's interim criteria and described in the Court's Memorandum Decision and Order of September 12, 2013, p. 5 and Memorandum Decision and Order of October 10, 2013, pp. 3-4, while that order is in effect.

DATED: December 18, 2013

B. Lynn Winmill
Chief Judge
United States District Court

ORDER ON STIPULATION OF DISMISSAL - 2